# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| GUS GENETTI HOTEL AND RESTAURANT OF WILKES-BARRE, INC., | : No. 268 MAL 2014<br>:<br>:<br>:<br>: Petition for Allowance of Appeal from the |
| Petitioner | : Order of the Commonwealth Court<br>:<br>: |
| v. | :<br>:<br>:<br>: |
| DEPARTMENT OF HEALTH, BUREAU OF HEALTH PROMOTION AND RISK REDUCTION, | :<br>:<br>:<br>: |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 18th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.

    The Application for Leave to Amend is **DENIED**.